# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 17-6089 (SCM) |
| ZACHARY MOTTA | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Danielle Alfonzo Walsman, Assistant United States Attorney), and defendant Zachary Motta (by Michael Policastro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and two prior continuances having been granted; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time to pursue plea negotiations and successful resolution of the matter, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources;

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 17th day of November, 2017;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through January 31, 2018; and it is further

ORDERED that the period from the date this Order is signed through January 31, 2018, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STEVEN C. MANNION
United States Magistrate Judge
17mj 6089

Form and entry consented to:

Danielle Alfonzo Walsman
Assistant United States Attorney

Michael Policastro, Esq.
Counsel for Defendant Zachary Motta

RECEIVED IN THE CHAMBERS OF

NOV 17 2017

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.